UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEANNA HALVORSEN,

Plaintiff,

v.

CITY OF PETALUMA, et al.,

Defendants.

Case No. 26-cv-04064-HSG

**ORDER GRANTING IN PART AND DENYING IN PART EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 13

Plaintiff, who is currently housed at Napa State Hospital, has filed a pro se action pursuant to 42 U.S.C. § 1983.  On June 2, 2026, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file an amended complaint.  Dkt. No. 12.  Plaintiff was instructed to file the amended complaint by June 30, 2026, or face dismissal of this action.  Dkt. No. 12 at 6-7.  Plaintiff has requested that the Court grant her a six-month extension of time to file her amended complaint, so that she may obtain counsel to represent her in this action.  Dkt. No. 13.  The Court GRANTS IN PART AND DENIES IN PART Plaintiff's request for a six-month extension of time to file her amended complaint.  Plaintiff has not shown good cause for a six-month extension of time.  It is unclear that Plaintiff has either the funds or ability to engage counsel, given her *in forma pauperis* status and confinement in Napa State Hospital.  However, in the interests of justice, the Court grants Plaintiff a 30-day extension of time to file her amended complaint.  Plaintiff shall file her amended complaint by July 31, 2026.  Failure to timely file an amended complaint will result in dismissal of this action for failure to state a claim without further notice to Plaintiff.

//

//

United States District Court
Northern District of California

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated:    7/6/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California